**Order entered August 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01259-CR

**CHRISTOPHER ALAN LUPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062211**

## ORDER

Before the Court is appellant's second motion to continue oral argument. We **DENY** the

motion without prejudice to counsel waiving oral argument.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE